# In the United States Court of Federal Claims

No. 09-108 T

(Filed September 17, 2013)

```
* * * * * * * * * * * * * * * * * * * * *
AMERGEN ENERGY CO., LLC by        *
and through EXELON GENERATION     *
CO., LLC, tax matters partner     *
                                  *
            Plaintiff,            *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On September 13, 2013, defendant filed an Unopposed Motion to Enlarge the Time for Filing Its Response to Plaintiff's Motion to Maintain Certain Filings Under Seal. Defendant requests an enlargement of time of twenty-four days, to and including October 17, 2013, within which to file its response to plaintiff's motion to maintain certain filings under seal. Defendant's motion states that plaintiff does not oppose this request. However, plaintiff requests that plaintiff's reply deadline be set for November 15, 2013.

Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**; defendant shall **FILE** its **Response** on or before **October 17, 2013**; and plaintiff shall **FILE** its **Reply** on or before **November 15, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge