# In the United States Court of Federal Claims

No. 09-108 T

(Filed October 11, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
AMERGEN ENERGY CO., LLC by          *
and through EXELON GENERATION       *
CO., LLC, tax matters partner,      *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 10, 2013, defendant filed a Motion for a Stay of Briefing in Light of Lapse of Appropriations. Based on the lapse in appropriations to the Department of Justice as of September 30, 2013, the government requests "a stay of briefing of plaintiff's Motion to Maintain Certain Filings Under Seal." The government further requests that "all current deadlines for the parties regarding plaintiff's Motion to Maintain Certain Filings Under Seal be extended commensurate with the duration of the lapse in appropriations."

Defendant states that plaintiff has no objection to defendant's motion. For good cause shown, the court grants defendant's request.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Motion for a Stay of Briefing in Light of Lapse of Appropriations, filed October 10, 2013, is **GRANTED**; and

(2) Immediately upon restoration of appropriations to the Department of Justice, the parties shall **CONFER** and, as soon as practicable thereafter, shall **FILE** a **Status Report** setting forth an agreed upon deadline for the filing of defendant's response to plaintiff's Motion to Maintain Certain Filings Under Seal before the court in this matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge