# In the United States Court of Federal Claims

No. 09-108 T

(Filed October 22, 2013)

```
* * * * * * * * * * * * * * * * * * * * *
AMERGEN ENERGY CO., LLC by         *
and through EXELON GENERATION      *
CO., LLC, tax matters partner,     *
                                   *
              Plaintiff,           *
                                   *
       v.                          *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 22, 2013, the parties filed a status report which notified the court, pursuant to the court's order dated October 11, 2013, that appropriations to the Department of Justice have been restored.  The status report also sets forth an agreed upon filing schedule for the remaining briefing of plaintiff's Motion to Maintain Certain Filings Under Seal.  Accordingly, it is hereby **ORDERED** that:

(1) The Clerk's Office is directed to **LIFT** the stay in this matter;

(2) Defendant shall **FILE** its **Response** to plaintiff's Motion to Maintain Certain Filings Under Seal on or before **November 15, 2013**;

(3) Plaintiff shall **FILE** its **Reply** in support of its motion on or before **December 6, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge