# In the United States Court of Federal Claims
No. 09-108 T
(Filed November 14, 2013)

```
* * * * * * * * * * * * * * * * * * * * *
AMERGEN ENERGY CO., LLC by        *
and through EXELON GENERATION     *
CO., LLC, tax matters partner,    *
                                  *
            Plaintiff,            *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On November 13, 2013, defendant filed an Unopposed Motion for a One Week Extension of Time for Filing Its Opposition to Plaintiff's Motion to Maintain Certain Filings Under Seal in this matter. Defendant's motion requests an enlargement of time of one week, to and including November 22, 2013, within which to file the government's opposition to plaintiff's motion before the court. In turn, plaintiff requests that the court also extend its current deadline to file plaintiff's reply brief on the matter, from December 6, 2013 to December 13, 2013.

Accordingly, it is hereby **ORDERED** that

(1) Defendant's motion is **GRANTED**;

(2) Defendant shall **FILE** its **Response** to plaintiff's Motion to Maintain Certain Filings Under Seal on or before **November 22, 2013**; and

(3) Plaintiff shall **FILE** its **Reply** in support of its motion on or before **December 13, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge